559 F.2d 1178
 Earl B. COLLINS et al., Plaintiffs-Appellees and Cross-Appellants,
v.
Donald H. RUMSFELD et al., Defendants-Appellants and
Cross-Appellees, and other consolidated cases.
 Nos. 75-2935, 75-2967, 75-3238, 75-3348, 75-3432 and 75-3559.
 United States Court of Appeals,
Ninth Circuit.
 Aug. 25, 1977.
 
 Eric A. Seitz, Honolulu, Hawaii, argued for appellees in 75-2935 and for appellants in 75-2967.
 Scott J. Tepper, Los Angeles, Cal., argued for appellees in 75-2935, 75-3238, 75-3432 & 75-3559, and for appellants in 75-2967 & 75-3348.
 Neil H. Koslowe, Atty., U.S. Dept. of Justice, Washington, D.C., argued for appellees in 75-2967 & 75-3348, and for appellants in 75-2935, 75-3238, 75-3432 & 75-3559.
 Before CHAMBERS and SNEED, Circuit Judges, and SWEIGERT*, District Judge.
 PER CURIAM:
 
 
 1
 Our previous decision in this consolidated appeal, Collins v. Rumsfeld, 542 F.2d 1109 (9th Cir. 1976), was vacated and remanded to us by the Supreme Court "for further consideration in light of United States v. Larionoff, 431 U.S. ----, 97 S.Ct. 2150, 53 L.Ed.2d 48 (1977)." Saylors v. United States, --- U.S. ----, 97 S.Ct. 2945, 53 L.Ed.2d ---- (1977), vacating Collins v. Rumsfeld, 542 F.2d 1109 (9th Cir. 1976). The Court's decision in Larionoff controls the case before us. The judgments of the district courts are AFFIRMED.
 
 
 
 *
 Honorable William T. Sweigert, Senior United States District Judge, Northern District of California, sitting by designation